

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICHARD NEWBERRY, | § | No. 08-20-00176-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE COUNTY OF EL PASO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV1411) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of jurisdiction. Because Appellant did not timely file an appeal from the trial court's order, we dismiss for want of jurisdiction.

In civil cases, a notice of appeal must be filed within 30 days after the trial court's judgment is signed except when a party timely files a motion for new trial, in which case the notice of appeal must be filed within 90 days after the trial court's judgment is signed. TEX.R.APP.P. 26.1(a)(1). Here, the trial court issued a final order on January 9, 2020. Appellant did not file a notice of appeal until August 17, 2020, nearly seven months later. The notice of appeal was filed beyond the time limit allowed under the Texas Rules of Appellate Procedure. The Court sent a letter giving Appellant ten days to show why this matter should not be dismissed for want of jurisdiction.

*See* TEX.R.APP.P. 42.3.  To date, we have not received a response from Appellant.

Accordingly, this attempted appeal is dismissed.

JEFF ALLEY, Chief Justice

October 22, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.